**Chakakhan R. DAVIS, Plaintiff–Appellant**

v.

**CITY OF VICKSBURG, MISSISSIPPI; Warren County, Mississippi; Warren County Circuit Court, Mississippi; Issadore W. Patrick, Jr., individually, Defendants–Appellees.**

No. 15–60635.

United States Court of Appeals, Fifth Circuit.

April 6, 2016.

Chakakhan R. Davis, Utica, MS, pro se.

Before KING, SOUTHWICK, and HAYNES, Circuit Judges.

---

PER CURIAM: *

After reviewing the record and considering the appellant's brief, we find no reversible error. AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.